UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PATRICK STRAUGHTER (#126319)          CIVIL ACTION

VERSUS          NO. 19-147-JWD-EWD

LOUISIANA DEPARTMENT
OF CORRECTIONS, ET AL.

## RULING AND ORDER

Before the Court is Plaintiff's Motion to Withdraw Pleading, which this Court construes as a Motion for Voluntary Dismissal.[1] Federal Rule of Civil Procedure 41, provides that a "plaintiff may dismiss an action without a court order by filing . . . a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."[2] The notice of dismissal is effective immediately.[3] The notice closes the case, the district court is divested of jurisdiction over the case (except for consideration of collateral issues or exercising its supervisory powers), and not even a perfunctory order closing the case is needed.[4]

Plaintiff's Motion is functionally a Rule 41(a)(1)(A)(i) notice of dismissal, and since it was filed before Defendants served an answer or a motion for summary judgment it should be treated as such. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion to Withdraw Pleading[5] be treated as a notice of voluntary dismissal pursuant to Rule 41(a)(1)(A)(i), and the clerk of court is directed to close the case.

---

[1] R. Doc. 3.
[2] Fed. R. Civ. P. art. 41(a)(1)(A)(i).
[3] *Qureshi v. U.S.*, 600 F.3d 523, 526 (5th Cir. 2010).
[4] *Id.* citing *American Cyanamid Co. v. McGhee*, 317 F.2d 295, 297 (5th Cir. 1963).
[5] R. Doc. 3.

**IT IS FURTHER ORDERED** that Plaintiff's pending Motion for Extension of Time[6] be **DENIED AS MOOT**.

Signed in Baton Rouge, Louisiana, on April 29, 2019.

                                              **JUDGE JOHN W. deGRAVELLES**
                                              **UNITED STATES DISTRICT COURT**
                                              **MIDDLE DISTRICT OF LOUISIANA**

---

[6] R. Doc. 2.